UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**UNITED STATES OF AMERICA** )
)
    v. ) No. 3:06-00013
) Judge Echols
**ERNEST LEROY JONES** )

<u>**ORDER**</u>

For the reasons set forth in the Memorandum issued contemporaneously herewith, the Court hereby rules as follows:

(1) Defendant's Motion to Suppress Statement (Docket Entry No. 24) is hereby DENIED; and

(2) Defendant's Motion to Suppress Evidence (Docket Entry No. 25) is also hereby DENIED.

The trial date of July 11, 2006 is hereby confirmed.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE